**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1558**

IMAWAN LAKSMONO; FLORENSIA SHIERLY UTOMO,

Petitioners,

versus

ALBERTO R. GONZALES, Attorney General of the
United States,

Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A96-268-052; A96-268-053)

Submitted:  November 13, 2006        Decided:  December 11, 2006

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Matthew W. Rau, LAW OFFICE OF MATTHEW W. RAU, Arlington, Virginia,
for Petitioners.  Peter D. Keisler, Assistant Attorney General,
James A. Hunolt, Senior Litigation Counsel, Mona Maria Yousif,
OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Imawan Laksmono and Florensia Shierly Utomo, both natives and citizens of Indonesia, seek review of an order of the Board of Immigration Appeals (Board) denying their motion to reconsider. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying the motion. <u>See</u> 8 C.F.R. § 1003.2(a), (b) (2006).

Accordingly, we deny the petition for review for the reasons stated by the Board. <u>See</u> <u>In re: Laksmono</u>, Nos. A96-268-052; A96-268-053 (B.I.A. Apr. 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>